Clarence PETRIE, Appellant, v. Fred G. ZERBST, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.

No. 8509.

Circuit Court of Appeals, Fifth Circuit.

Oct. 12, 1937.

James R. Venable, of Atlanta, Ga., for appellant.

Lawrence S. Camp, U. S. Atty., and Harvey H. Tisinger and H. T. Nichols, Asst. U. S. Attys., all of Atlanta, Ga., for appellee.

Before FOSTER, SIBLEY and HOLMES, Circuit Judges.

PER CURIAM.

The judgment is affirmed.